**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| DISCOVER FINANCIAL SERVICES, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 1:12-cv-8044 Hon. Edmond E. Chang |
| v. | ) ) | **Notice of Dismissal** |
| JOAO BOCK TRANSACTION SYSTEMS, LLC, | ) ) ) ) | |
| Defendant. | ) ) | |

**<u>PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE</u>**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Discover Financial Services ("Discover") hereby voluntarily dismisses with prejudice all claims against Defendant Joao Bock Transaction Systems, LLC ("JBTS"). Defendant JBTS has not filed an answer or a motion for summary judgment in this litigation. Each party will bear its own attorneys' fees and costs.

Dated: January 15, 2013

Respectfully submitted,

<u>/s/ Michael R. Osterhoff</u>
Michael R. Osterhoff (IL Bar No. 6244728)
Email: michael.osterhoff@klgates.com
Heather A. Boice (IL Bar No. 6271965)
Email: heather.boice@klgates.com
Nolan R. Hubbard (IL Bar No. 6294332)
Email: nolan.hubbard@klgates.com
K&L GATES LLP
70 W. Madison Street, Suite 3100
Chicago, IL 60602-4207
Phone: 312-372-1121
Fax: 312-827-8000

*Attorneys for Plaintiff
Discover Financial Services*

- 2 -

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 15th day of January, 2013, the foregoing document was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system.

_____/s/ Michael R. Osterhoff_____